UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE JAVAN SUMMONS,

    Plaintiff,

v.

RACHEL E. KEELEY,

    Defendant.

_____/

Case No. 1:23-cv-419

HON. JANE M. BECKERING

**<u>ORDER</u>**

This is a civil action. On July 6, 2023, the Magistrate Judge issued a Report and Recommendation (ECF No. 8), recommending that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to state a claim on which relief may be granted, and that an appeal of this matter by Plaintiff would not be in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*,

---

[1] Plaintiff is the only party that has appeared in the case at this time.

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated:  August 3, 2023                                     /s/ Jane M. Beckering  
                                                                          JANE M. BECKERING  
                                                                          United States District Judge